# Navigators Insurance Company

*"Insuring A World In Motion"*

RECEIVED
SEP 26 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

September 21, 2005

Office of the Clerk
Rhode Island U.S. Courthouse
Two Exchange Terrace
Providence, RI 02903

RE: Service of Process for Navigators Insurance Company

To Whom It May Concern:

Enclosed please find a power of attorney for Navigators Insurance Company appointing CT Corporation System as its service of process agent for your judicial district. The company is doing this with the desire to comply with section 9306 of Title 31, United States Code.

If possible can you please send a confirmation of receipt in the enclosed self addressed stamped envelope. If you have any questions or concerns please feel free to contact me at 847/285-9007 or mbrunner@navg.com.

Cordially,

Matt Brunner

Matthew Brunner
Regulatory Compliance
Navigators Insurance Company

1375 East Woodfield Road, Suite 720 • Schaumburg, Illinois 60173
Tel. (847) 230-1930 • Fax (847) 230-1934

# POWER OF ATTORNEY

Know all men by these presents, that the **Navigators Insurance Company** a corporation existing under and by virtue of the laws of the State of **New York** and having its principal office at **One Penn Plaza, 55th Floor, New York, NY 10119**, desiring to comply with section 9306 of Title 31, United States Code hereby constitutes and appoints ___ **CT Corporation System**___ of __**10 Weybosset St., Providence, RI 02903**_, its true and lawful attorney and agent in and for the judicial district of __**Rhode Island**__, upon whom all lawful process in any action or proceeding against the company in said district may be served in like manner and with the same effect as if the company existed therein, and who is authorized to enter an appearance in its behalf.

In Witness whereof the said company, pursuant to proper authority of its board of directors or other governing body, has caused these presents to be subscribed by its assistant vice president and its corporate seal to be affixed hereto this 15th day of September, A.D. 2005.

NAVIGATORS INSURANCE COMPANY CORPORATE SEAL 1981 STATE OF NEW YORK

Corporate Seal

Joanne Burns

Assistant Vice President

State of Illinois
County of Cook, ss:

On this 15th day of September, A.D. 2005, before me appeared Joanne Burns, assistant vice president of the Navigators Insurance Company; that she knows the corporate seal of the company; that the seal affixed to the foregoing instrument is such corporate seal; that it was affixed by the order of the board of directors or other governing body of said company, and the she signed said instrument as Joanne Burns, assistant vice president of said company by like authority.

OFFICIAL SEAL
VALERIE BRINK
Notary Public - State of Illinois
My Commission Expires Nov. 28, 2008

Notary Seal

Valerie Brink

Notary Public